1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-CV-03110-JAM-EFB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $71,115.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $71,115.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 6, 2009, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On or about November 17, 2009, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was duly executed on November 17, 2009.

4. Beginning on November 11, 2009, for at least 30 consecutive days, the United States published Notice of the

Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on December 14, 2009.

5.   In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice was given to the following individuals:

     a.   Jesus Espinoza
     b.   Benjamin Ritter
     c.   Christopher Moran

6.   On December 18, 2009, Jesus Espinoza ("claimant") filed a Claim Opposing Forfeiture.  On January 15, 2010, Jesus Espinoza filed an Answer.  No other parties have filed claims or answers in this matter and the time for which any person or entity may file a claim and answer has expired.

7.   The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Benjamin Ritter and Christopher Moran on January 29, 2010.  Pursuant to Local Rule 540, the United States and claimant thus join in a request that as part of the Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Benjamin Ritter and Christopher Moran without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.   The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.   That judgment is hereby entered against claimant Jesus Espinoza and all other potential claimants who have not filed claims in this action.

    3. Upon entry of this Final Judgment of Forfeiture, $56,892.00 of the $71,115.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

    4.   Upon entry of this Final Judgment of Forfeiture herein, but no later than 60 days thereafter, $14,223.00 of the $71,115.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be returned to claimant Jesus Espinoza through his attorney Donald H. Heller.

    5.   That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency, and for the commencement and prosecution of this forfeiture action.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

    6.   Claimant waived any and all claim or right to interest that may have accrued on the defendant currency being forfeited to the United States.

    7.   That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on November 6, 2009, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement

and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8.   All parties are to bear their own costs and attorneys' fees.

9.   The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 23rd day of August, 2010.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed November 6, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

DATED: August 23, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE